Additionally, on remand, the PCRA court is directed to determine whether current counsel from the Federal Community Defender's Office should continue to represent Appellant in this state capital PCRA proceeding, or whether other appropriate post-conviction counsel should be appointed, as the source of that organization's authority to conduct proceedings in state court in the present case is unclear. *See* 18 U.S.C. § 3599(a)(2) (authorizing appointment of counsel to indigent state defendants actively pursuing federal *habeas corpus* relief from death sentence).

Jurisdiction relinquished.

Justice TODD dissents from that portion of this Order directing that the PCRA court investigate the lawfulness of current counsel's representation, as she maintains the position that any impropriety in the FCDO's representation in state court matters, if appropriately identified, should be dealt with in the normal course of disciplinary proceedings. *See Commonwealth v. Wright,* —— Pa. ——, 78 A.3d 1070 (2013) (Todd, J., concurring and dissenting).

Mary **DANIEL** and Thomas
Daniel, Sr., Appellees

v.

WYETH PHARMACEUTICALS, INC.,
Wyeth–Ayerst Pharmaceuticals, Inc.,
Wyeth–Ayerst International, Inc.,
Wyeth Laboratories, Inc., Wyeth
Pharmaceuticals, Division of Wyeth,
Division of American Home Products
Corp., Wyeth Inc., a/k/a American
Home Products Corp., Appellants.

Mary Daniel and Thomas
Daniel, Sr., Appellees

v.

Wyeth, Inc., Wyeth Pharmaceuticals,
Inc., Wyeth–Ayerst Pharmaceuticals,
Inc., Wyeth–Ayerst International, Inc.,
Wyeth Laboratories, Inc. and Wyeth
Pharmaceuticals Division of Wyeth,
Appellants.

Supreme Court of Pennsylvania.

Argued Sept. 11, 2012.

Decided Dec. 16, 2013.

Sheila L. Birnbaum, Robert C. Heim, Judy L. Leone, Dechert LLP, Philadelphia, for Wyeth Pharmaceuticals, Inc., et al.

Lindsay Dobrzynski Breedlove, Neal Kumar Katyal, Melissa B. Kimmel, Mit Spears, for Pharmaceutical Research and Manufacturers of America, Appellant Amicus Curiae.

Robert Brian Murphy, for the Product Liability Advisory Council, Appellant Amicus Curiae.

Samuel Abloeser, Philadelphia, Howard Jonathan Bashman, Esther Berezofsky, Mark R. Cuker, Philadelphia, William Cuker Berezofsky, Michael J. Quirk, Philadelphia, for Daniel, Mary and Thomas, Sr.

Andre Mura, George Gerasimos Rassias, Schmidt, Kirifides & Fridkin, for Pennsylvania Association for Justice, Appellee Amicus Curiae.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of December, 2013, the appeals are dismissed as having been improvidently granted.

**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Alfonso SANCHEZ, Appellant.**

Supreme Court of Pennsylvania.

Argued May 8, 2012.
Decided Dec. 17, 2013.